IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. H-16-170 |
| | § | |
| OMAR MAHER ALNASSER. ET AL | § | |

### AGREED MOTION TO SET ASIDE SCHEDULING ORDER

TO THE HONORABLE GRAY MILLER:

Defendant Omar Maher Alnasser, through his attorney Dick DeGuerin, and with the consent and approval of the prosecution, requests that the Court set aside the Scheduling Order herein, for cause showing:

1. There is extensive discovery to be done that has not been accomplished.

2. The prosecution is still conducting detention hearings.

3. Not all of the co-defendants have been arrested and arraigned.

4. The prosecution intends to file a motion to declare the case complex.

WHEREFORE, Defendant requests that the Court set aside the Scheduling Order.

Respectfully submitted,

DeGUERIN, DICKSON, HENNESSY & WARD

*/s/Dick DeGuerin*
Dick DeGuerin
State Bar No. 05368000
1018 Preston, 7th Floor
Houston, Texas 77002
Telephone   (713) 223-5959
Facsimile    (713) 223-9231

## CERTIFICATE OF CONFERENCE

On June 2, 2016, I spoke with Assistant United States Attorney John Jocher who is in agreement with this motion.

> */s/Dick DeGuerin*
> Dick DeGuerin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Motion to Set Aside Scheduling Order has been sent to all interest parties via the CM/ECF filing system, on this the 2nd day of June 2016.

> */s/Dick DeGuerin*
> Dick DeGuerin

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | § | |
| | § | |
| VS. | § | CR. NO. H-16-170 |
| | § | |
| OMAR MAHER ALNASSER. ET AL | § | |

# **O R D E R**

Defendant's Agreed Motion to Set Aside Scheduling Order is hereby GRANTED. It is, therefore –

ORDERED that the Scheduling Order be set aside.

SIGNED the _____ day of June 2016.

_____
HONORABLE GRAY MILLER