IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL ACTION H-16-170-4 |
| MUHAMMAD SHARIQ SIDDIQI | § § | |

## Order

Muhammad Shariq Siddiqi's Motion for Revocation of Detention Order and to Set Conditions of Release (Dkt. \_\_\_\_) is HEREBY:

\_\_\_\_\_ GRANTED.  An order setting conditions of release will follow.

\_\_\_\_\_ DENIED.

Signed at Houston, Texas on _____ \_\_\_, 2016.

_____
Gray H. Miller
United States District Judge