UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL ACTION H-16-170-7 |
| § | |
| OMAR MAHER ALNASSER *in custody* § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count 7, a presentence report is ordered.

1. By **JANUARY 27, 2017** the initial presentence report must be disclosed to counsel.

2. By **FEBRUARY 3, 2017** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

3. By **FEBRUARY 10, 2017** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. Sentencing is set for **FEBRUARY 16, 2017** at **10:00 a.m.**

6. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

7. The defendant must go immediately – with a copy of this order – to:

   United States Probation Department
   Room 2301, 515 Rusk Avenue, Houston
   Telephone: (713) 250-5266

   If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas on December 20, 2016.

                                                     Gray H. Miller
                                                    United States District Judge

*Copies: United States Probation*
        *AUSA ~ John Jocher*
        *Defense Counsel ~ Dick DeGuerin*
        *Defendant*