UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §    CRIMINAL ACTION H-16-170-7 |
| | § |
| OMAR MAHER ALNASSER *in custody* | § |

## Order

The sentencing of the defendant is reset as follows:

1. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by February 10, 2017.

2. The probation officer must submit to the Judge the final presentence reports with an addendum addressing contested issues by February 24, 2017.

3. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

4. The sentencing will be held on February 28, 2017 at 12:15 p.m.

Signed at Houston, Texas on February 3, 2017.

---
Gray H. Miller
United States District Judge