UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
October 19, 2017
David J. Bradley, Clerk

UNITED STATES OF AMERICA §
§
v. § CRIMINAL ACTION H-16-170
§
(1) KHADER FAHED TANOUS *in custody* §
(2) SALEM FAHED TANNOUS *in custody* §
(5) AYISHA KHURRAM *in custody* §
(9) HAZIM HISHAM QADUS *in custody* §
(16) FRANK MURATALLA *on bond* §

## Order

Pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), the Court finds that the ends of justice which will be served by allowing the defendants additional time in which to prepare this case outweigh the best interest of the public and the defendants in a speedy trial. The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(8)(B)(iv).

Accordingly, it is ordered that defendant's unopposed motion for continuance (Dkt. 272) and defendants' motions for joinder (Dkt. 280, 287) are GRANTED and the time between October 19, 2017 and January 29, 2018 is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h). It is further ORDERED that the scheduling order is amended as follows:

| | |
|---|---|
| December 18, 2017 | All MOTIONS will be filed no later than this date. |
| 10 days from filing of motion | RESPONSES to motions will be filed no later than this date. |
| January 22, 2018 | PROPOSED voir dire, charge, exhibit and witness list due. |
| January 24, 2018 | OBJECTIONS to exhibits/witnesses due. |
| January 29, 2018 @ 10:00 a.m. | PRETRIAL CONFERENCE before Judge Gray H. Miller, 515 Rusk, Courtroom 9D, Houston, Texas. **DEFENDANTS MUST BE PRESENT**. |
| January 29, 2018 @ 1:30 p.m. | JURY SELECTION and TRIAL. |

Signed at Houston, Texas on October 19, 2017.

_____
Gray H. Miller
United States District Judge